UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Delia Anderson, et al v. Bayer Pharma AG, et al.* | No. 3:12-cv-10422-DRH |
| *Jennifer Ashton v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12898-DRH |
| *Khushboo Bindra-Rangwala, et al v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12902-DRH |
| *Susan Bourgeois, et al v. Bayer Pharma AG, et al.* | No. 3:12-cv-10986-DRH |
| *Susan Bronstein v. Bayer Pharma AG, et al.* | No. 3:12-cv-10744-DRH |
| *Jodie Coston, et al v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12605-DRH |
| *Lindsey Cowart v. Bayer Pharma AG, et al.* | No. 3:12-cv-11188-DRH |
| *Jacqueline Hackler v. Bayer Pharma AG, et al.* | No. 3:12-cv-11119-DRH |
| *April Kerby v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12604-DRH |
| *Irene Larson, et al v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12018-DRH |
| *Natalie Logan v. Bayer Pharma AG, et al.* | No. 3:11-cv-13126-DRH |
| *Anne Miller v. Bayer Pharma AG, et al.* | No. 3:11-cv-13213-DRH |
| *Paige Neagle v. Bayer Pharma AG, et al.* | No. 3:11-cv-13129-DRH |
| *Perrin Spitale v. Bayer Pharma AG, et al.* | No. 3:12-cv-11135-DRH |
| *Lisa Schweska, et al v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12603-DRH |

| | |
|---|---|
| *Kelly Taylor, et al v. Bayer Pharma AG, et al.* | No. 3:12-cv-11115-DRH |
| *April Watson v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12904-DRH |
| *Amy Whittinghill v. Bayer Pharma AG, et al.* | No. 3:12-cv-11136-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              **CLERK OF COURT**

                              BY:   /s/*Sara Jennings*
                                     **Deputy Clerk**

Dated:  July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 10:09:42 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT